

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS EUCEDA MARTINEZ,<br><br>                       Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                       Respondents. | Case No.: 25-CV-3308 JLS (MSB)<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>(ECF No. 1) |

     Presently before the Court is Petitioner Jose Luis Euceda Martinez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1). Petitioner, a Honduran national, alleges that he is detained at the Otay Mesa Detention Center. Pet. ¶¶ 66, 71. Petitioner claims that he is detained by Immigration and Customs Enforcement in violation of the Due Process Clause of the Fifth Amendment, the Administrative Procedure Act, and the Fourth Amendment. *Id.* ¶¶ 72–122.

     After reviewing the Parties' briefing, the Court remains unclear on the specific facts pertaining to Petitioner's case. For example, neither Party addresses the circumstances surrounding Petitioner's arrest, the date Petitioner was arrested, or the status of Petitioner's parole on the date of his arrest. If Petitioner was released on a valid parole and that parole was revoked without notice or justification, there may be grounds for his release under the

Due Process Clause.  *See Salazar v. Casey*, No. 25-CV-2784 JLS (VET), 2025 WL 306329 (S.D. Cal. Nov. 3, 2025).  The Court does not have enough information to make this determination.  Therefore, the Court **ORDERS** the Parties to submit supplemental briefing addressing (1) the status of Petitioner's parole at the time of his arrest and (2) the date and circumstances surrounding his arrest.  The Parties also must submit all relevant documents.  This supplemental briefing is due December 16, 2025.

**IT IS SO ORDERED.**

Dated:  December 10, 2025

Hon. Janis L. Sammartino
United States District Judge